NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL PARTON,                          )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D18-111
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
_____)

Opinion filed May 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for DeSoto County; Kimberly Bonner,
Judge.


PER CURIAM.


          Affirmed.  See Parton v. Fla. Dep't of Corr., 226 So. 3d 820 (Fla. 1st DCA

2017).


BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.